# Court of Appeals
# of the State of Georgia

ATLANTA,  January 23, 2025

*The Court of Appeals hereby passes the following order:*

### A25A0785, A25A0786, A25A0787, A25A0788.  MALOY v. THE STATE (four cases).

These appeals from the denial of Maloy's motion to withdraw his guilty pleas were docketed on November 27, 2024. On December 15, 2024, Maloy's appellate counsel moved to remand three of the cases on the ground that the transcript of the motion hearing had not been filed in the trial court. The Mitchell County clerk has confirmed this. We therefore REMAND all four of these cases to the trial court with the direction that it consult with the court reporter as to the status of the transcript, hold a hearing if necessary on that subject or on the underlying merits, and enter an order, after which Maloy shall have 30 days to file a notice of appeal. See OCGA § 5-6-48 (f) ("An appeal shall not be dismissed nor consideration thereof refused because of failure of the court reporter to file the transcript of evidence and proceedings within the time allowed by law or order of court unless it affirmatively appears from the record that the failure was caused by the appellant.").



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  01/23/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*